

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Eric Chatman | Civil Action No. 18-cv-00835-CAB-PCL |
| **Plaintiff,** | |
| V. | |
| Magaly Chatman | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Denies Plaintiff's Motions to Proceed IFP and to Appoint Counsel pursuant to 28 U.S.C. § 1915(e)(1) as barred by 28 U.S.C. § 1915(g); Dismisses this civil action without prejudice for failure to pay the full statutory and administrative $400 civil filing fee required by 28 U.S.C. § 1914(a); Certifies that an IFP appeal from this Order would be frivolous and therefore, would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3); and Directs the Clerk of Court to enter judgment and close the file. It Is So Ordered.

Date: 6/4/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ J. Gutierrez
J. Gutierrez, Deputy